# UNITED STATES DISTRICT COURT
for the
District of Connecticut

Dennis Rodrigues

*Plaintiff*

v.    Case No.   3:20-cv-00294 (   )

Connecticut Container Corp., et al.

*Defendant*

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dennis Rodrigues

Date:   Mar 03, 2020

/s/ Amanda M. DeMatteis
*Attorney's signature*

Amanda M. DeMatteis / Fed. Bar No.: ct29413
*Printed name and bar number*

Garrison, Levin-Epstein,
   Fitzgerald & Pirrotti, LLC
405 Orange Street, New Haven, CT  06511
*Address*

adematteis@garrisonlaw.com
*E-mail address*

(203) 777-4425
*Telephone number*

(203) 776-3965
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on    Mar 03, 2020    , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Amanda M. DeMatteis
_____
*Attorney's signature*