UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DENNIS RODRIGUES,** : | |
| : | **CIVIL ACTION NO.:** |
| **Plaintiff,** : | |
| : | **3:20-cv-00294 (JCH)** |
| **v.** : | |
| : | |
| **CONNECTICUT CONTAINER CORP.** : | |
| **d/b/a/ UNICORR PACKAGING GROUP** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, CONNECTICUT CONTAINER CORP.
## d/b/a UNICORR PACAKAGING GROUP

Plaintiff Dennis Rodrigues, and Defendant, Connecticut Container Corp. d/b/a/ Unicorr Packaging Group, hereby file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to Defendant, Connecticut Container Corp. d/b/a/ Unicorr Packaging Group, dismissing with prejudice all of the plaintiff's claims against the Defendant, Connecticut Container Corp. d/b/a/ Unicorr Packaging Group.

**Dated:   July 12, 2022**

| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEY FOR DEFENDANT* |
|---|---|
| By:   /s/ *Amanda M. DeMatteis* | By:   /s/ *Jessica Z. Wragg* |
| Amanda M. DeMatteis  *(ct29413)* | Jessica Z. Wragg |
| Joshua R. Goodbaum  *(ct28834)* | MUSCO & IASSOGNA |
| GARRISON, LEVIN-EPSTEIN, | 555 Long Wharf Drive, 10th floor |
| FITZGERALD & PIRROTTI, P.C. | New Haven, CT  06511 |
| 405 Orange Street | Tel.:  (203) 782-4109 |
| New Haven, CT  06511 | Fax:  (203) 782-4128 |
| Tel:  (203) 777-4425 | jessica.wragg@m-ilaw.com |
| Fax:  (203) 776-3965 | |
| adematteis@garrisonlaw.com | |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this __12th__ day of July 2022, a copy of the foregoing **Stipulation of Dismissal as to Defendant, Connecticut Container Corp. d/b/a/ Unicorr Packaging Group** was filed electronically *[and served by mail on anyone unable to accept electronic filing]*. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system *[or by mail to anyone unable to accept electronic filing]*. Parties may access this filing through the Court's system.

                  /s/ *Amanda M. DeMatteis*
                  Amanda M. DeMatteis